COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER

Cause No 01-10-00933-CV, *Amanda Jones and David Jones v. Foundation Surgery Affiliates of Brazoria County d/b/a Brazoria County Surgery Center and Brazoria County Surgery Center*

On January 28, 2013, the appellees moved for rehearing of this Court's December 28, 2012 opinion in this case. It is **ordered** that the response, if any, of the appellants is due **Wednesday, February 20, 2013.**

It is so ORDERED.

Judge's signature: <u>Evelyn V. Keyes</u>
Acting individually

Date: <u>02/01/2013</u>